In the Matter of CHARLENE THOMPSON, Appellant, v BOARD OF DIRECTORS et al., Respondents. [64 NYS3d 513]—

Appeal from order, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered on or about December 17, 2015, which denied petitioner's motion for, in effect, reargument of her ex parte application for an order to show cause seeking, in effect, reargument of respondents' motion to dismiss the petition brought pursuant to CPLR article 78, and denied her motion for reargument of respondents' motion, unanimously dismissed, without costs, as taken from a nonappealable order.

No appeal lies from an order denying reargument (*D'Andrea v Hutchins*, 69 AD3d 541 [1st Dept 2010]).

We note that, since petitioner did not appeal from the order granting respondents' motion to dismiss the petition, her arguments addressed to that determination are not properly before us (*id.*). Concur—Renwick, J.P., Manzanet-Daniels, Mazzarelli, Kahn and Moulton, JJ.